UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN RISHKY,<br><br>    Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY,<br><br>    Defendant. | No. 1:15-CV-3140-LRS-1<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the Stipulation of the parties (ECF No. 12), the Clerk of the Court shall enter judgment of dismissal of the Complaint and the claims therein without prejudice and without costs or fees to any party.

The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

DATED this    29th    day of January, 2016.

*s/Lonny R. Suko*
LONNY R. SUKO
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1